IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST SOUTH BANCORP, INC., FREDERICK N. HOLSCHER, MARSHALL T. SINGLETON, LINDSEY A. CRISP, BRUCE W. ELDER, STEVE L. GRIFFIN, L. STEVEN LEE, and CAROLINA FINANCIAL CORPORATION,<br><br>    Defendants. | Case No. 4:17-cv-00124-BO |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 10, 2017

           **WARD BLACK LAW**

      By: /s/Janet Ward Black
         Janet Ward Black (#12869)
         Nancy Meyers (#23339)
         208 West Wendover Avenue
         Greensboro, NC 27401
         Tel.: (336) 510-2014
         jwblack@wardblacklaw.com

         *Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Tel.: (484) 324-6800

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List.

/s/Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
jwblack@wardblacklaw.com

3

Case 4:17-cv-00124-BO   Document 7   Filed 10/10/17   Page 3 of 3